# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNETH RAY PITTS**  **PETITIONER**
**ADC # 085938**

v.  **CASE NO. 4:24-CV-00338-BSM**

**DEXTER PAYNE**  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE